IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VANITY NOEL, as next friend of J.N.G.** | § § § § | |
| **v.** | § § | **CIVIL ACTION NO. 6:22-cv-389-JCB** |
| **LONGVIEW INDEPENDENT SCHOOL DISTRICT** | § § § § | |

**ORDER**

    The Court conducted a Settlement Prove Up Hearing in the above-styled case on October 23, 2023. Having considered the evidence presented at the hearing, it is

    **ORDERED** that the Court **APPROVES** the Settlement Agreement submitted to the Court for *in camera* review and filed under seal. The settlement on behalf of the minor, J.N.G., is fair, just and in his best interests. It is further

    **ORDERED** that the funds apportioned for J.N.G. shall be paid to David J. Reber, Trustee of the J.N.G. Special Needs Trust, pursuant to the terms of the Trust Agreement for the J.N.G. Special Needs Trust, for the sole benefit of J.N.G. It is finally

    **ORDERED** that George Cowden, Guardian Ad Litem for minor J.N.G., shall be paid by Defendant the sum of $3000 for services rendered in this case.

So ORDERED and SIGNED this 23rd day of October, 2023.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1